***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In Re: Katrina T Waters
Debtor(s)

Case No: 26−14465−amc
Chapter: 13

**NOTICE OF SHOW CAUSE HEARING**

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for having been filed in violation
of a bar order entered in Bk
06−10095.

will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 12/2/26

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Mohung Wong
Clerk of Court

Dated: November 5, 2026